Kevin S. Sinclair, Esq. (Nevada Bar No. 12277)
*ksinclair@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELSS FARGO BANK MINNESOTA, N.A., F/K/A NORWEST BANK MINNESOTA, N.A., SOLEY AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:18-cv-00494-APG-PAL<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT COMMONWEALTH LAND TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Wells Fargo Bank, N.A. Successor By Merger to Wells Fargo Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-ARI, Mortgage Pass-Through Certificates, Series 2007-AR1 ("Wells Fargo"), and Defendant Commonwealth Land Title Insurance Company, ("Commonwealth"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Wells Fargo filed its Complaint in this matter on March 16, 2018 (ECF No. 1);

**WHEREAS**, Commonwealth was served with the Summons and Complaint on or about March 29, 2018;

**WHEREAS**, Commonwealth's response to the Complaint is due on April 19, 2018;

**WHEREAS**, counsel for Commonwealth was only recently retained and requires additional time to respond to the Complaint;

**WHEREAS**, this is the first stipulation for an extension of Commonwealth's time to respond to the Complaint; and

**WHEREAS**, Wells Fargo has agreed to extend Commonwealth's time to respond to the Complaint to May 7, 2018,

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

//
//
//
//
//
//
//
//
//
//



**STIPULATION AND PROPOSED ORDER**

1. Commonwealth shall file its response to the Complaint in this matter on or before <u>May 7, 2018</u>.

Dated this 16th day of April 2018

        EARLY SULLIVAN WRIGHT
         GIZER & McRAE LLP


        By: */s/ Kevin S. Sinclair*
        Kevin S. Sinclair
        Nevada Bar No. 12216
        601 South Seventh Street, 2nd Floor
        Las Vegas, Nevada 89101

        Attorneys for Defendant
        Commonwealth Land Title Insurance Company

Dated this 16th day of April 2018  WRIGHT, FINLAY & ZAK, LLP


        By: */s/ Matthew S. Carter*
        Matthew S. Carter, Esq.
        Nevada Bar No. 9524
        7785 W. Sahara Ave., Suite
        Las Vegas, NV 89117
        Attorneys for Plaintiff
        Wells Fargo Bank, N.A. Successor By Merger to
        Wells Fargo Bank Minnesota, N.A., Solely As
        Trustee For Structured Asset Mortgage
        Investments II Inc. Bear Stearns Mortgage Funding
        Trust 2007-AR1, Mortgage Pass-Through Certificates,
        Series 2007-AR1

         **<u>ORDER</u>**

        **IT IS SO ORDERED:**

        By: *[signature]*
         PEGGY A. LEEN
         UNITED STATES MAGISTRATE JUDGE

        Dated: April 19, 2018



3
**STIPULATION AND PROPOSED ORDER**

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT COMMONWEALTH LAND TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

Matthew S. Carter, Esq.
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite
Las Vegas, NV 89117

*Attorneys for Plaintiff
Wells Fargo Bank, N.A. Successor By Merger to
Wells Fargo Bank Minnesota, N.A., Solely As
Trustee For Structured Asset Mortgage
Investments II Inc. Bear Stearns Mortgage
Funding Trust 2007-AR1, Mortgage Pass-
Through Certificates, Series 2007-AR1*

*/s/--Kevin S. Sinclair*
_____
KEVIN S. SINCLAIR



4
**STIPULATION AND PROPOSED ORDER**