WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Matthew S. Carter, Esq.
Nevada Bar No. 9524
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964 - Fax (702) 946-1345
esmith@wrightlegal.net
mcarter@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A., F/K/A NORWEST BANK MINNESOTA, N.A., SOLELY AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:18-cv-00494-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR WELLS FARGO TO RESPOND TO COMMONWEALTH'S MOTION TO DISMISS**<br><br>[FIRST REQUEST] |

COMES NOW, Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1 ("Wells Fargo"), and Defendant, Commonwealth Land Title Insurance Company ("Commonwealth"), and respectfully submit this Stipulation and

proposed Order to extend the deadline for Wells Fargo to Respond to Commonwealth's Motion to Dismiss.

1. Commonwealth filed a Motion to Dismiss on May 7, 2018 [EFC No.10].
2. Wells Fargo's deadline to respond to Commonwealth's Motion to Dismiss is May 21, 2018.
3. Counsel for all parties have conversed and have agreed to an extension for Wells Fargo to respond to Commonwealth's Motion to Dismiss.
4. This is Wells Fargo's first request for extension and is not meant for the purposes of delay or prejudice to any party.
5. WHEREFORE, the parties agree that the Opposition to the Motion will be filed and served on or before May 29, 2018.

| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
|---|---|
| /s/ Edgar C. Smith | /s/ |
| Edgar C. Smith, Esq. | Christopher I. Ritter, Esq. |
| Nevada Bar No. 5506 | *Admitted Pro Hac Vice* |
| Matthew S. Carter, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 9524 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 601 South Seventh Street |
| Las Vegas, NV 89117 | 2nd Floor |
| *Attorneys for Plaintiff Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1* | Las Vegas, NV 89101 *Attorneys for Defendant Commonwealth Land Title Insurance Company* |

**IT IS SO ORDERED.**

_____  5/22/2018
UNITED STATES DISTRICT JUDGE

Case No.: 2:18-cv-00494-APG-PAL

**ORDER**

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

WRIGHT, FINLAY & ZAK, LLP

/s/ Edgar C. Smith
_____
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Matthew S. Carter, Esq.
Nevada Bar No. 9524
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1*