Kevin S. Sinclair, Esq. (Nevada Bar No. 12277)
    ksinclair@earlysullivan.com
Christopher I. Ritter, Esq., *pro hac vice*
    critter@earlysullivan.com
EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELSS FARGO BANK MINNESOTA, N.A., F/K/A NORWEST BANK MINNESOTA, N.A., SOLEY AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-ARI, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-ARI,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>                    Defendant. | Case No.: 218-cv-00494-APG-PAL<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT COMMONWEALTH LAND TITLE INSURANCE COMPANY'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST REGARDING FIRST AMENDED COMPLAINT]** |

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

217812.1

Plaintiff Wells Fargo Bank, N.A. Successor By Merger To Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1 ("Wells Fargo"), and Defendant Commonwealth Land Title Insurance Company, ("Commonwealth"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Wells Fargo filed its original Complaint in this matter on March 20, 2018 [ECF No. 1];

**WHEREAS**, the parties stipulated to extend Commonwealth's time to respond to the original Complaint to May 7, 2018 [ECF No. 9];

**WHEREAS**, on May 7, 2018, Commonwealth filed a Motion to Dismiss Wells Fargo's original Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [ECF No. 10];

**WHEREAS**, the parties stipulated to extend Wells Fargo's time to respond to Commonwealth's Motion to Dismiss to May 29, 2018 [ECF No. 15];

**WHEREAS**, on May 29, 2018, Wells Fargo filed a First Amended Complaint in this matter [ECF No. 16];

**WHEREAS**, on June 1, 2018, the Court entered an Order denying Commonwealth's Motion to Dismiss the original Complaint as moot [ECF No. 17];

**WHEREAS**, Commonwealth's response to the First Amended Complaint is currently due on June 12, 2018;

**WHEREAS**, Wells Fargo has agreed (1) to extend Commonwealth's time to respond to the First Amended Complaint to June 19, 2018, and (2) if Commonwealth files a Motion to Dismiss the First Amended Complaint on or before that date, to extend Commonwealth's deadline to file an Answer to the First Amended Complaint until 14 days after the Court rules on Commonwealth's Motion to Dismiss the First Amended Complaint;

Now, therefore, the parties hereto, by and through their counsel of record, and subject to Court approval, hereby stipulate and agree as follows:



1. Commonwealth shall file its response to Wells Fargo's First Amended Complaint in this matter on or before June 19, 2018; and

2. If Commonwealth files a Motion to Dismiss the First Amended Complaint, Commonwealth shall file an Answer to the First Amended Complaint within fourteen days of the Court's ruling on the Motion to Dismiss.

Dated this 7th day of June 2018

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: */s/ Kevin S. Sinclair*
Kevin S. Sinclair
Nevada Bar No. 12216
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101

Attorneys for Defendant
Commonwealth Land Title Insurance Company

Dated this 7th day of June 2018

WRIGHT, FINLAY & ZAK, LLP

By: */s/ Edgar C. Smith*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Matthew S. Carter, Esq.
Nevada Bar No. 9524
7785 W. Sahara Ave., Suite
Las Vegas, NV 89117

Attorneys for Plaintiff
Wells Fargo Bank, N.A. Successor By Merger to Wells Fargo Bank Minnesota, N.A., Solely As Trustee For Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-ARI, Mortgage Pass-Through Certificates, Series 2007-ARI

**IT IS SO ORDERED:**

By_____
UNITED STATES MAGISTRATE JUDGE

Dated: __June 12, 2018_____

**STIPULATION AND PROPOSED ORDER**

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

217812.1