Scott E. Gizer, Esq., Nevada Bar No. 12216
*sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Michael A. Pintar, Nevada Bar No. 3789
*michael.pintar@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WELLS FARGO BANK, N.A.,

Plaintiff,

vs.

COMMONWEALTH LAND TITLE INSURANCE COMPANY,

Defendant.

Case No.: 2:18-cv-00494-APG-BNW

**STIPULATION RE FINAL JUDGMENT AND COSTS WAIVER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Wells Fargo Bank, N.A. Successor by Merger to Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A. Solely as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1 ("Wells Fargo") and Defendant



Commonwealth Land Title Insurance Company ("Commonwealth"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Wells Fargo agrees to not pursue any further appeals of the judgment entered in this matter and Commonwealth agrees to waive any attorney's fees and costs it is entitled to in this action and related appeal, including those costs awarded on or about June 28, 2019.

Therefore, it is stipulated by and between the parties that the judgment in this matter is final and that each party will bear their own attorney's fees and costs.

DATED this 8th day of May, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ Yanxiong Li, Esq.
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor by Merger to Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A. Solely as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1*

DATED this 8th day of May, 2024.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

/s/ Sophia S. Lau, Esq.
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
*Attorneys for Defendant, Commonwealth Land Title Insurance Company*

IT IS SO ORDERED:

Dated: May 9, 2024

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

